**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| TONYA MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 1:26-cv-00199-ACL |
| v. | ) | |
| | ) | |
| CARLISLE CONSTRUCTION | ) | |
| MATERIALS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PROOF OF FILING NOTICE OF REMOVAL WITH STATE COURT**

COMES NOW Defendant Carlisle Construction Materials, LLC (hereinafter collectively, "Defendant"), by and through the undersigned counsel of record and in accordance with Federal and Local Rules hereby certifies that on the 20th day of August, 2026, Defendant's Notice of Removal to State Court was filed with the Clerk of the Court for the Circuit Court for Scott County, Missouri. *See* Exhibits A and B, attached hereto

Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ James C. Morris*
James C. Morris, #53074MO
Thomas J. Felman, #75544MO
211 North Broadway, Suite 2150
St. Louis, Missouri 63102
Telephone: (314) 961-6686
Fax: (314) 338-3076
jmorris@grsm.com
tfelman@grsm.com
*Counsel for Defendant*
*Carlisle Construction Materials, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court on August 20, 2026, thereby executing service upon all counsel of record by the Court's electronic filing system.

*/s/ James C. Morris*