# EXHIBIT B

**From:** Missouri Courts eFiling System <mocourts.efiling@courts.mo.gov>
**Sent:** Wednesday, August 19, 2026 5:10 PM
**To:** Missouri Courts eFiling Subscriber
**Cc:** Jay Morris; 33rd Judicial Circuit (Scott County)
**Subject:** Receipt of Submission - 26SO-CV00740 - TONYA MITCHELL V. CARLISLE CONSTRUCTION MATERIALS, Scott County - Circuit Court

Your submission on **8/19/26** at **5:09 PM** was **RECEIVED** by **Scott County - Circuit Court** on **8/19/26** at **5:09 PM** but has not been processed.

You will receive notice from the court when the submission is accepted for filing, put on hold, or returned with the reason for the hold or return. You do not need to take action at this time.

Below is important information regarding this filing:

| | |
|---|---|
| **eFiling Confirmation Number** | **EF44521630** |
| **Filer Reference Number** | **None entered by filer** |
| **Payment Confirmation Number** | No filing fee or payment information on this filing. |
| **Case Number** | **26SO-CV00740** |
| **Case Description** | **TONYA MITCHELL V. CARLISLE CONSTRUCTION MATERIALS** |
| **Case Type** | **Employment Discrimination (213.111 RSMo)** |

Notes to Clerk: None Entered by Filer

## Document(s):

| | |
|---|---|
| **Document Category and Type** | Filing - Other/Miscellaneous - Entry of Appearance |
| **Document Title** | JCM EOA obo Def CCM |
| **Attachment(s)** | Electronic Filing Certificate of Service |
| **File On Behalf Of** | CARLISLE CONSTRUCTION MATERIALS, LLC |

| | |
|---|---|
| **Document Category and Type** | Notice of/to - Notice (other) |
| **Document Title** | Def CCM Notice to State Court of Removal |
| **Attachment(s)** | Exhibit A - NOR EXs A - C<br>Electronic Filing Certificate of Service |
| **File On Behalf Of** | CARLISLE CONSTRUCTION MATERIALS, LLC |

To view or save a document, click one of the hyperlinks above. The document title hyperlink will open the document directly until the court accepts the document. After that time, you will have to login to Case.net and use the case number link to view the document.

**Service Information:**

| | |
|---|---|
| **Party** | MICHAEL GARLAND, Attorney for Plaintiff |
| **Service E-mail Address** | michael@garlandlawpc.com |

**Access the Missouri eFiling System** | **Access Manage My Case**

This e-mail is auto generated. Please do not respond. **If you have a concern with your filing, please contact the court.** If you need technical assistance, please contact the Office of State Courts Administrator Help Desk at osca.help.desk@courts.mo.gov or toll-free by phone at 1(888)541-4894. The Help Desk is available 7:30 a.m. to 5:00 p.m. Monday through Friday, excluding state holidays.